## Richmond

S. M. Cox v. J. M. Parsons.

January 16, 1936.

Present, Campbell, C. J., and Holt, Gregory, Browning, Chinn, and Eggleston, JJ.

The opinion states the case.

*H. A. Cox, M. J. Fulton* and *Gilmer, Wysor & Gilmer,* for the plaintiff in error.

*S. B. Campbell, Kirby & Kirby, T. E. Brannock* and *Showalter, Parsons, Kuyk & Coleman,* for the defendant in error.

Browning, J., delivered the opinion of the court.

The same questions and principles which are involved in this case were present in the companion case of *Kyle T. Cox* v. *J. M. Parsons,* ante, page 575, 183 S. E. 440, decided at this term of court. There is nothing of fact or otherwise to differentiate them. This case is therefore controlled by that.

The judgment of the trial court is affirmed.

*Affirmed.*